**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 15-2257**

---

BISMARK KWAKU TORKORNOO,

              Plaintiff - Appellant,

         v.

JUDGE CYNTHIA CALLAHAN, Montgomery County Circuit Court;
MASTER CLARK WISOR, Montgomery County Circuit Court,

              Defendants - Appellees.

---

Appeal from the United States District Court for the District of
Maryland, at Greenbelt.   Peter J. Messitte, Senior District
Judge.  (8:15-cv-02445-PJM)

---

Submitted:  December 17, 2015      Decided:  December 21, 2015

---

Before DIAZ and HARRIS, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

Bismark Kwaku Torkornoo, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Bismark Kwaku Torkornoo appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2012) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Torkornoo v. Callahan, No. 8:15-cv-02445-PJM (D. Md. Sept. 16, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED